[Doc. No. 20]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH HEART AND LUNG CENTER,<br><br>                Plaintiff,<br><br>  v.<br><br>PRESBYTERIAN MEDICAL CENTER OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, et al.,<br><br>              Defendants. | Civil No. 11-1290-RMB-KMW<br><br>**ORDER** |

      This matter having been brought before the Court by Robert A. White, Esquire, of Morgan, Lewis & Bockius LLP, counsel for Defendants, Presbyterian Medical Center of the University fo Pennsylvania Health System d/b/a Penn Presbyterian Medical Center, University of Pennsylvania Health System, Penn Cardiac Care at Cherry Hill and Clinical Health care Associates of New Jersey, P.C., for an Order allowing Mark P. Edwards, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS this 19th day of April, 2011 hereby

**ORDERED** that Mark P. Edwards, Esquire, a member of the Bar of the Commonwealth of Pennsylvania, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Robert A. White, Esquire, or another attorney associated with Morgan, Lewis & Bockius LLP, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), Mark P. Edwards, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-7, which form can be found at njcourtsonline.com; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), Mark P.

Edwards, Esquire, shall make a payment of $150.00, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Mark P. Edwards, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Mark P. Edwards, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

<u>s/ Karen M. Williams</u>

KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb

3