UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH HEART AND LUNG CENTER,<br><br>Plaintiff,<br><br>v.<br><br>PRESBYTERIAN MEDICAL CENTER OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM d/b/a PENN PRESBYTERIAN MEDICAL CENTER, UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, PENN CARDIAC CARE AT CHERRY HILL, CLINICAL HEALTH CARE ASSOCIATES OF NEW JERSEY, P.C., VIRTUA HEALTH, INC., VIRTUA MEMORIAL HOSPITAL BURLINGTON COUNTY, THE CARDIOLOGY GROUP, P.A., and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:11-CV-01290-RMB-KMW<br><br>Document Electronically Filed |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
THE PENN DEFENDANTS ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Deborah Heart and Lung Center ("Plaintiff") and Defendants Presbyterian Medical Center of the University of Pennsylvania Health System d/b/a Penn Presbyterian Medical Center, University of Pennsylvania Health System, Penn Cardiac Care at Cherry Hill, and Clinical Health Care Associates of New Jersey, P.C. (collectively, the "Penn Defendants") by and through their respective counsel of record, hereby stipulate and agree that the above-captioned case is hereby unconditionally **DISMISSED WITH PREJUDICE** and on the merits **AS TO THE PENN DEFENDANTS ONLY**, without fees or costs to any party.

STIPULATED, AGREED AND CONSENTED TO BY:

| | |
|---|---|
| /s/ Anthony Argiropoulos | /s/ R. Brendan Fee |
| Anthony Argiropoulos | R. Brendan Fee |
| SILLS CUMMIS & GROSS P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| 650 College Road East | 1701 Market Street |
| Princeton, NJ 08540 | Philadelphia, PA  19103 |
| Direct: 609-227-4690 | Direct:  215-963-5136 |
| aargiropoulos@sillscummis.com | bfee@morganlewis.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for the Penn Defendants* |
| Deborah Heart and Lung Center | Presbyterian Medical Center of the University of Pennsylvania Health System d/b/a Penn Presbyterian Medical Center, University of Pennsylvania Health System, Penn Cardiac Care at Cherry Hill, and Clinical Health Care Associates of New Jersey, P.C. |
| Dated  June 7, 2013 | |
| | Dated: June 7, 2013 |