UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-2032

DEBORAH HEART & LUNG CENTER,

Appellant

v.

VIRTUA HEALTH, INC.;
VIRTUA MEMORIAL HOSPITAL BURLINGTON COUNTY;
THE CARDIOLOGY GROUP, P.A.; JOHN DOES 1-10

On Appeal from the United States District Court
for the District of New Jersey
(D. C. Civil No. 1-11-cv-01290)
District Judge: Honorable Renee M. Bumb

Argued on February 10, 2016

Before: FUENTES, KRAUSE and ROTH, Circuit Judges

**JUDGMENT**

This case came to be heard on the record from the United States District Court for the District of New Jersey and was argued on February 10, 2016.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court, entered March 24, 2015, be and the same is hereby affirmed.

All of the above in accordance with the Opinion of this Court.

**ATTEST:**

s/ Marcia M. Waldron

Clerk

Dated: August 17, 2016